**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**April 12, 2006**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-50264
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GERMAN NABARRETTE NIETO, also known as Herman Nieto,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:02-CR-105-2
--------------------

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM:[*]

Counsel appointed to represent German Nabarrette Nieto on appeal has moved to withdraw pursuant to Anders v. California, 386 U.S. 738 (1967). Nieto has not filed a response. Our independent review of counsel's brief and the record discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.